IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RANDALL J. WARREN,

Appellant,

v.                                                    Case No.  5D22-275
                                                      LT Case No. 2020-CA-12241

QUALPAY, INC.,

Appellee.

_____/

Decision filed December 20, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

Wayne Howard Schwartz, of Lee & Amtzis,
P.L., Boca Raton, for Appellant.

David S. Johnson, of Johnson Daboll
Anderson, PLLC, Tampa, for Appellee.

PER CURIAM.

        AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.